# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA . § | |
| § | |
| v.  § | Cause Number 4:18CR096(1) |
| § | (Judge Mazzant/Judge Nowak) |
| MIGUEL ANTONIO MENESES MENESES § | |

### MEMORANDUM ON APPEAL

On October 4, 2021, Defendant's counsel filed an Unopposed Motion to Order US Marshals to Transfer Client (Dkt. #28), wherein counsel requested the transfer of Defendant to a closer facility, specifically within 40 minutes of counsel's offices in Sherman, Texas, for purposes of trial preparation. On October 15, 2021, the Magistrate Judge denied the Defendant's request without explanation (Dkt. #30), and Defendant's counsel appealed the Magistrate Judge's decision (Dkt. #31) to the undersigned. The Court notes that on October 19, 2021, a new Pretrial Order was entered setting this matter for Final Pretrial Conference on March 4, 2022 (Dkt. #34).

In this case, the Magistrate Judge denied the Defendant's request without explanation. Thus, the Court has no way to evaluate Defendant's objection. Therefore, the Court resubmits this matter back to the Magistrate Judge to provide additional supplementation to support the denial.

**IT IS SO ORDERED**.
SIGNED this 21st day of October, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE